IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN WADE VELA, | ) |
| Petitioner, | ) Civil Action No. 2:24-cv-01361 |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Christopher B. Brown |
| RANDY IRWIN, *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 3, 2024, the Magistrate Judge issued a Report (Doc. 6) recommending that Allen Wade Vela's 2254-habeas Petition be dismissed, that a certificate of appealability be denied and his two motions for leave to proceed *in forma pauperis* be denied as moot. Service of the Report and Recommendation was made, and Petitioner has filed Objections. *See* Doc. 7.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it hereby is ORDERED that Petitioner's 2254-habeas petition is **DISMISSED**; a certificate of appealability is denied; his requests to proceed *in forma pauperis* are **DENIED** as **MOOT** and the Report and Recommendation (Doc. 6) is **ADOPTED** as the Opinion of the District Court.

IT IS SO ORDERED.

April 23, 2025

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. Mail):

Allen Wade Vela
GB2258
SCI FOREST
P.O. Box 945
286 Woodland Drive
Marienville, PA 16239